IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES MALAMATIS<br>   *Plaintiff*,<br><br>v.<br><br>ATI HOLDINGS, LLC<br>   *Defendant*. | Civil Action No. ELH-21-2226 |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 19th day of May, 2022, by the United States District Court for the District of Maryland, **ORDERED**:

1. The initial motion to compel arbitration (ECF 8) is denied as moot;

2. The Clarification Motion (ECF 13) is DENIED;

3. The Arbitration Motion (ECF 19) is GRANTED;

4. Plaintiff's suit is DISMISED, without prejudice;

5. The Clerk SHALL CLOSE the case.

                                                                 /s/
                                         Ellen Lipton Hollander
                                         United States District Judge